**Order entered September 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

| | |
|---|---|
| **No. 05-21-00621-CR** | **No. 05-21-00622-CR** |
| **No. 05-21-00623-CR** | **No. 05-21-00624-CR** |
| **No. 05-21-00627-CR** | **No. 05-21-00628-CR** |
| **No. 05-21-00629-CR** | **No. 05-21-00630-CR** |
| **No. 05-21-00634-CR** | **No. 05-21-00635-CR** |
| **No. 05-21-00636-CR** | **No. 05-21-00637-CR** |

**BRANDIE OLIVAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-22537-K, F18-41244-K, F18-45948-K,**
**F19-14122-K, F19-14136-K, F20-22413-K, F20-22447-K, F20-41532-K,**
**F19-40342-K, F20-22421-K, F20-45665-K & F20-45679-K**

**ORDER**

On July 25, 2022, counsel filed a motion to withdraw and a supporting *Anders* brief in these appeals. We issue this order to address deficiencies in counsel's motion, to order that appellant be provided with a copy of the brief and the record, and to order that a supplemental clerk's record be filed in one appeal.

The motion to withdraw states that a copy of the brief, motion to withdraw, notice of filing, and a complete copy of the record was delivered to "Mr. Celaya." The motion further states that "Mr. Celaya" had been "notified in writing of his right to object to this motion and the applicable deadlines for filing a response." The certificate of service indicates that counsel mailed to appellant a copy of the motion to withdraw and a letter notifying her that she had a right to file her own response, but it does not indicate counsel transmitted to appellant a copy of the brief or a copy of the record. The Court's own letter enclosing a copy of counsel's motion and the brief was returned to sender for inadequate postage. Thus, it appears from the record appellant has not received a copy of counsel's *Anders* brief. Appellant has filed a pro se letter with the Court seeking permission to review the record and file her own response.

The State has filed a response agreeing with counsel that the appeals are frivolous, but noting that the clerk's record in cause no. 05-21-00637-CR does not include a copy of the trial court's judgment. Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing the judgment in cause no. 05-22-00637-CR (trial court cause no. F20-45679-K).

We **ORDER** counsel to file an amended motion to withdraw within **FOURTEEN DAYS** of the date of this order. We **ORDER** counsel to serve a copy of the amended motion to withdraw and the *Anders* brief on appellant.

Because appellant has requested permission to review the record and file a pro se brief, we **ORDER** counsel to send appellant paper copies of the clerk's and reporter's records (with the exception of any CDs or DVDs which are not allowed by regulations of the Texas Department of Criminal Justice).

We **ORDER** counsel to provide this Court, within **TWENTY DAYS** of the date of this order, with written verification that the amended motion to withdraw, *Anders* brief, and record have been sent to appellant.

Appellant's pro se response is due by **November 30, 2022**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Felicia Pitre, Dallas County District Clerk; Valencia Bush; and Marcella Paige Williams, assistant district attorney.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Brandie Olivarez, BIN #21001873, Kays Tower, KT 04-C, P.O. Box 660334, Dallas, Texas 75266.

/s/    BILL PEDERSEN, III
       JUSTICE